# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JEFFERY H. BRISTER,**                                             **PETITIONER**
ADC #086211

VS.                    No. 4:22-CV-01141-BRW-ERE

**DEXTER PAYNE, Director of the Arkansas**
**Division of Correction**                                             **RESPONDENT**

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 11) submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects.

Accordingly, the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. No. 1) is DENIED, and pursuant to the judgment entered with this order, this case is DISMISSED.

A Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

IT IS SO ORDERED this 28th day of June, 2023.

                                                                               BILLY ROY WILSON
                                                              _____
                                                              UNITED STATES DISTRICT JUDGE